## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Stephanie Williams, et al.
                              Plaintiff,

v.                                                                    Case No.: 1:24–cv–12763
                                                                  Honorable Steven C. Seeger

Mielle Organics LLC, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 5, 2025:

      MINUTE entry before the Honorable Steven C. Seeger: The motion for an extension of time (Dckt. No. [18]) is hereby granted in large part. The Court stays the deadline to file the joint initial status report until two weeks after the Court rules on the pending motion to dismiss. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.